UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20037-CR-LENARD

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. )
)
MANUEL SOSA )
)
       Defendant. )
_____)

## MOTION BY THE UNITED STATES FOR DEPARTURE FROM GUIDELINES SENTENCE

The United States of America, through the undersigned Assistant United States Attorney, hereby moves this Honorable Court, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, to sentence defendant Manuel Sosa below his guideline range based upon his substantial assistance in the prosecution of other persons who have committed offenses. The basis of this motion will be articulated in further detail at the sentencing hearing.

                                      Respectfully submitted,

                                      GUY A. LEWIS
                                      UNITED STATES ATTORNEY

Date: July 5, 2002     By: _____
                                      CAMERON ELLIOT
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Court No. A5500606
                                      99 N. E. 4th Street
                                      Miami, Florida  33132-2111
                                      TEL (305) 961-9136
                                      FAX (305) 530-7976
                                      EMAIL cameron.elliot@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this 1st day of August 2002 to: Julio E. Jimenez, Esq., 815 Ponce De Leon Blvd., 2nd Floor, Coral Gables, Florida 33134.

_____
CAMERON ELLIOT
ASSISTANT UNITED STATES ATTORNEY