02-20037-CR-Lenard

FILED BY _____ D.C.

2003 FEB 18  PM 5:06

CLARENCE MADDOX
CLERK US DIST CTE
S.D. OF FLA - MIA

2-9-03

Dear ~~Honorable~~ judge Lenard,

I would please like to request your permission to be able to attend school upon my release from here to the half-way house. I was informed by the CCM that that I would need your permission in order to do so while on home confinement.

During my time in the ICC program I have obtained my GED and would like to continue my education as soon as possible. Boot camp is turning out to be a great lesson, and I am learning many different things to better myself, and the relationship with my family. Continuining my education will be my next step in bettering my life.

At this point in time I have realized that what has happened to me has been a blessing in disguise. If not for this event I would not have realized that I needed to change my life around or even further my education. I now realize that education is the right choice and correct way to go thru life. My fiancé is putting herself thru school to become a paralegal and I would like to follow in her footsteps only as a Microsoft engineer.

40

I want to take this time to thank you with all my heart for being compassionate, and giving me a second chance. This was the best experience for me. I will be leaving or better said graduating April 29 and will make my family and yourself very proud.

Please take into consideration that allowing me to go to school while on house arrest will better myself as a person and the life with my family.

Sincerely,

Manuel Rosa

P.S., any stipulations there might be please inform me of.

Manuel Rosa 68153-004
I.C.C.         Delta-team
P.O. Box 1000
Lewisburg, PA. 17837